IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RASHID HOLMAN,

    Plaintiff,

v.       Civil Action No. 3:23cv523

ANTIONETTE V. IRVING,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on September 5, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he moved or if he was released. On September 18, 2023, the United States Postal Service returned the September 5, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 10/27/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge